IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY MARINUS GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV147 |
| | ) | |
| V. | ) | |
| | ) | |
| DEPARTMENT OF CORRECTIONS, As a whole, KYLE J. POPPERT, Special Services Admin., LARRY WAYNE, Deputy Director, CATHY SHEAIR, Associate Warden of Ops., JASON HURT, Associate Warden of Admin., DIANE J. SABATKA-RINE, Warden N.S.P., MARSHALL LUX, Public Councel Omhudman Office, JERALL MORELAND, Assistant Ombudsman, JUDGE TERESA LUTHER, NURSE C. PROKOP, at D&E, JAMES ELLINGER, Unit Manager, CURTIS WEES, Unit Administrotor, RANDY KOHL, Head of Medical Dept., MARK BOYER, MARIO PEART, MATT HECKMAN, and UNIT MANAGER DAVIS, Disciplinary Committe Chair, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 14.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 1st day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge